UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-0045-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| | ) | |
| BRIAN MARTIN | ) | |

Upon motion of the Government, the above-captioned matter is hereby ORDERED unsealed. SO ORDERED.

July 17, 2019
DATE

Louise W. Flanagan
United States District Judge